| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Trask Radio LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  88-3011584

**4. Debtor's address**

Principal place of business:
674 9th Avenue
New York, NY 10036
Number, Street, City, State & ZIP Code

New York
County

Mailing address, if different from principal place of business:
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor  Trask Radio LLC                                          Case number (*if known*)
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       5311

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ☒ Yes.

Debtor __Trask Radio LLC_____    Case number (*if known*)_____
      Name

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | Advanced Aerospace LLC | | Relationship | Affiliate |
| District | Southern District of N.Y.   When  10/31/2025 | | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☒ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor   Trask Radio LLC _____   Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/31/2025
              MM / DD / YYYY

X _/s/ Eric L. Einstein_____       Eric L. Einstein_____
Signature of authorized representative of debtor   Printed name

Title   Member_____

**18. Signature of attorney**

X _/s/ Ilana Volkov_____       Date   10/31/2025
Signature of attorney for debtor                MM / DD / YYYY

Ilana Volkov_____
Printed name

McGrail & Bensinger LLP_____
Firm name

888-C 8th Avenue #107
New York, NY 10019_____
Number, Street, City, State & ZIP Code

Contact phone   (201) 931-6910      Email address   ivolkov@mcgrailbensinger.com

2500049; NY_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRASK RADIO LLC, | ) | Case No.: _____ |
| | ) | |
| Debtor. | ) | |

## Officer's Certificate

The undersigned hereby certifies that he is a member of the debtor, Trask Radio LLC (the "Debtor"), and that, as such, he is authorized to execute and deliver this certificate in the name of and on behalf of the Debtor and represents, warrants, and further certifies in his official capacity, in the name of and on behalf of the Debtor, as follows:

Attached hereto as <u>Exhibit 1</u> is a true and correct copy of that certain consent to bankruptcy filing and resolutions duly adopted by all of the members of the Debtor on October 31, 2025. Such resolutions have not been amended, modified, revoked, or rescinded and are in full force and effect in the form adopted.

IN WITNESS WHEREOF, I have hereunto set my hand on this 31st day of October 2025.

Name: Eric L. Einstein
Title: Member

# EXHIBIT 1

Consent to Bankruptcy Filing and Resolutions Adopted by
All of the Members of Trask Radio LLC

The undersigned, being all of the members of Trask Radio LLC, a New York limited liability company (the "Company"), hereby adopt and give their written consent to the following resolutions in accordance with the New York Limited Liability Company Law:

RESOLVED that, in the judgment of the members of the Company, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties, that the Company file a petition in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") to commence a reorganization case (the "Reorganization Case") under Chapter 11 of the United States Bankruptcy Code; and it is further

RESOLVED that the officers of the Company (the "Authorized Officers") are, and each of them hereby is, authorized and directed (and each of the following as applicable to the extent previously performed is hereby ratified and approved), in the name of the Company and on its behalf, to take such actions as any Authorized Officer may deem necessary or advisable in connection with commencing and prosecuting the Reorganization Case; and it is further

RESOLVED that the Authorized Officers are, and each of them hereby is, authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including, but not limited to, orders regarding the operation of the business of the Company and the financing thereof, as any of them may deem necessary, appropriate, or advisable during the pendency of the Reorganization Case, and, in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits, or other materials as any Authorized Officer may deem necessary, appropriate, or advisable and to retain all assistance from legal counsel, financial advisors, consultants, accountants, and other professionals, and to take any and all actions, that they, or any one of them, deem necessary, appropriate, or advisable in connection with the Reorganization Case; and it is further

RESOLVED that all acts lawfully done or actions lawfully taken by the Authorized Officers, or any one of them, to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Reorganization Case, or any matter related thereto, be, and they hereby are, authorized, approved, ratified, and confirmed in all respects as the acts and deeds of the Company; and it is further

RESOLVED that the Authorized Officers are, and each of them hereby is, authorized, empowered, and directed, in the name of the Company and on its behalf, to (i) execute and deliver all documents required to commence the Reorganization Case, (ii) appear in the Reorganization Case, (iii) perform all acts and deeds and execute and deliver all documents in connection with such Reorganization Case, and (iv) retain, employ, and make payments to McGrail & Bensinger LLP and CFGI, LLC in connection with the Reorganization Case.

RESOLVED that all actions previously taken by any officer, member, manager, or agent of the Company regarding or relating to the Reorganization Case or the subject matter of any and all of the foregoing resolutions are hereby authorized, ratified, approved, and confirmed in all respects.

_____
Eric L. Einstein, In His Capacity as Member

_____
Justin B. Buchanan, In His Capacity as Member

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| TRASK RADIO LLC, | ) | Case No.: _____ |
| Debtor. | ) |  |

### LIST OF EQUITY SECURITY HOLDERS OF TRASK RADIO LLC

In accordance with Bankruptcy Rules 1007(a)(3) and 7007.1, the above-captioned debtor submits the following information:

### Holders of Debtor's Membership Interests

Eric L. Einstein
111 4th Avenue, Apt. 9E
New York, NY 10003
51% of Membership Interests

Justin B. Buchanan
10 City Place, Apt. 20E
White Plains, NY 10601
49% of Membership Interests

### Corporate Ownership Statement

There are no corporations, other than the Debtor or a governmental entity, that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

I, Eric L. Einstein, the Debtor's member, declare, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: October 31, 2025
      New York, New York

_____
Name:  Eric L. Einstein
Title:   Member