**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov
David C. McGrail
Cynthia L. Botello
ivolkov@mcgrailbensinger.com
dmcgrail@mcgrailbensinger.com
cbotello@mcgrailbensinger.com

*Proposed Counsel to Trask Radio LLC and*
*Advanced Aerospace LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRASK RADIO LLC, | ) | Case No.: [    ] [(   )] |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ADVANCED AEROSPACE LLC, | ) | Case No.: [    ] [(   )] |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |

## DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 1015(b) FOR JOINT ADMINISTRATION AND PROCEDURAL CONSOLIDATION OF CASES

Debtors Trask Radio LLC ("Trask") and Advanced Aerospace LLC d/b/a Balcon

Salon ("Balcon Salon," and together with Trask, the "Debtors"), by and through their undersigned

proposed counsel, hereby file this motion (the "Motion") for an order pursuant to Rule 1015(b) of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for joint administration and

procedural consolidation of their chapter 11 cases and, in support thereof, respectfully represent as follows:

## INTRODUCTION

1.      On October 31, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of Title 11, United States Code (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made and no official committees have been appointed or designated.

2.      Information regarding the Debtors' businesses and the circumstances leading to the commencement of these chapter 11 cases is set forth in the Declaration of Eric L. Einstein Pursuant to Rule 1007-2 of the Local Bankruptcy Rules and is incorporated herein by reference.

## JURISDICTION AND VENUE

3.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012 (Preska, C.J.).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## RELIEF REQUESTED AND BASIS THEREFOR

4.     By this Motion, the Debtors request entry of an order authorizing the joint administration of their chapter 11 cases, for procedural purposes only, pursuant to Rule 1015(b) of the Bankruptcy Rules.  In addition, the Debtors request that the Court maintain one file and one docket for the jointly administered cases under the case number assigned to Trask Radio LLC, since its case was filed first, and that these chapter 11 cases be jointly administered under the following consolidated caption:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRASK RADIO LLC, et al.,[1] | Case No. [     ] through [  -    ] [(  )] inclusive |
| Debtors in Possession. | (Jointly Administered) |

5.     The Debtors request that the pleadings filed and each notice mailed by the Debtors include a footnote listing the Debtors and the last four digits of their tax identification numbers.  Therefore, the Debtors submit that the policies behind the requirements for bankruptcy captions governed by Bankruptcy Rule 2002(n) have been satisfied.

6.     The Debtors further request that a docket entry be made in each of the above-captioned cases substantially as follows:

"An order has been entered in this case directing procedural consolidation and joint administration of this case with the chapter 11 bankruptcy case of Trask Radio LLC, Case No. __-__ (___) (jointly administered).  The docket for Trask Radio LLC should be consulted for all matters affecting this case."

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trask Radio LLC (1584) and Advanced Aerospace LLC (6704).  The lead Debtor's principal place of business is 674 9th Avenue, New York, NY 10036.

7.      Bankruptcy Rule 1015(b) authorizes this Court to order the joint administration of the bankruptcy cases of a debtor and its affiliates.  Bankruptcy Rule 1015(b) provides that "[i]f ... two or more petitions are pending in the same court by or against ... a debtor and an affiliate, the court may order a joint administration of the estates."

8.      The two (2) Debtors are "affiliates" as that term is defined in Section 101(2) of the Bankruptcy Code as they are directly or indirectly owned by the same two individuals, each holding more than twenty percent (20%) ownership.[2]

9.      The Debtors anticipate that during the course of these cases, it will be necessary to file numerous motions and applications seeking relief on behalf of all of them.

10.     The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these chapter 11 cases inasmuch as the relief sought herein is purely procedural and is in no way intended to affect substantive rights.

11.     The Debtors also would file the monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation.

12.     Accordingly, the Debtors respectfully submit that procedural consolidation and joint administration of their chapter 11 cases is in the best interests of their estates and creditors and will further the interests of judicial economy and administrative expediency by, among other things, obviating the necessity of filing duplicate motions, entering duplicate orders, and forwarding duplicate notices to creditors and parties-in-interest.

---

[2] Specifically, Trask is owned by Eric Einstein (51%) and Justin Buchanan (49%).  Balcon Salon is owned by Tito Rocks, LLC, which is owned by Messrs. Einstein and Buchanan in the same composition.

13. Joint administration of interrelated chapter 11 cases is routinely approved by courts in this District under similar circumstances and is generally not controversial. *See, e.g., In re Voyager*, No. 22-10943 (MEW) (Bankr. S.D.N.Y. July 6, 2022); *In re Revlon, Inc.*, No. 22-10760 (DSJ) (Bankr. S.D.N.Y. June 16, 2022); *In re GTT Commc'ns, Inc.*, No. 21-11880 (MEW) (Bankr. S.D.N.Y. Nov. 1, 2021); *In re Grupo Posadas S.A.B. de C.V.*, No. 21-11831 (SHL) (Bankr. S.D.N.Y. Oct. 27, 2021); *In re Lakeland Tours, LLC*, No. 20-11647 (JLG) (Bankr. S.D.N.Y. July 27, 2020).

## NOTICE

14. Notice of this Motion will be given, by overnight mail, to the United States Trustee, counsel for Newtek Business Services Holdco 6, Inc., Business Initiative Corporation of New York, counsel for the U.S. Small Business Administration, the Debtors' twenty (20) largest unsecured creditors on a consolidated basis, and any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that no other or further notice need be given under the circumstances.

## NO PRIOR APPLICATION

15. No previous request for the relief sought herein has been made to this or any other Court.

*[Remainder of page intentionally left blank]*

## **CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other relief the Court deems just and appropriate.

Dated: October 31, 2025
      New York, New York

                      MCGRAIL & BENSINGER LLP

                      s/ *Ilana Volkov*

                      Ilana Volkov, Esq.
                      888-C 8th Avenue #107
                      New York, New York 10019
                      (201) 931-6910

                      *Proposed Counsel to Trask Radio LLC and Advanced Aerospace LLC*

## Exhibit A

**Proposed Form of Order**

MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov
David C. McGrail
Cynthia L. Botello
ivolkov@mcgrailbensinger.com
dmcgrail@mcgrailbensinger.com
cbotello@mcgrailbensinger.com

*Proposed Counsel to Trask Radio LLC and*
*Advanced Aerospace LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRASK RADIO LLC, | ) | Case No.: [      ] [(    )] |
| | ) | |
| Debtor in Possession. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ADVANCED AEROSPACE LLC, | ) | Case No.: [      ] [(    )] |
| | ) | |
| Debtor in Possession. | ) | |

## ORDER DIRECTING JOINT
## <u>ADMINISTRATION AND PROCEDURAL CONSOLIDATION</u>

Upon consideration of the motion (the "Motion") of the above-captioned debtors

and debtors in possession (collectively, the "Debtors") for an order directing joint administration

and procedural consolidation of their pending chapter 11 cases; and the Court having subject

matter jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.

§1334; and the Motion being a core proceeding under 28 U.S.C. § 157(b); and venue being proper

before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that good

cause exists for granting the Motion; and it further appearing that notice of the Motion was

adequate and proper under the circumstances of these cases and that no further notice of the Motion

is required; it is hereby

       ORDERED that the Motion is granted to the extent set forth herein; and it is further

       ORDERED, for the reasons set forth in the Motion, that the above-captioned cases

shall be procedurally consolidated and jointly administered by this Court in accordance with Rule

1015(b) of the Federal Rules of Bankruptcy Procedure; and it is further

       ORDERED that nothing contained in this Order shall be deemed or construed as

directing or otherwise effecting substantive consolidation of the above-captioned cases; and it is

further

       ORDERED that the caption of the jointly administered chapter 11 cases shall be as

follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRASK RADIO LLC, et al.,[1] | ) | Case No. [    ] through |
| | ) | [  -    ] [(   )] inclusive |
| | ) | |
| Debtors in Possession. | ) | (Jointly Administered) |
| | ) | |

and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trask Radio LLC (1584) and Advanced Aerospace LLC (6704). The lead Debtor's principal place of business is 674 9th Avenue, New York, NY 10036.

ORDERED that the foregoing caption satisfies the requirements set forth in Section 342(c)(1) of the Bankruptcy Code; and it is further

ORDERED that a docket entry shall be made in each of the above-captioned case, except for the case of Trask Radio LLC, substantially as follows:

"An order has been entered in this case directing procedural consolidation and joint administration of this case with the chapter 11 bankruptcy case of Trask Radio LLC, Case No. __-__ (___) (jointly administered).  The docket for Trask Radio LLC, should be consulted for all matters affecting this case."

ORDERED that the Debtors shall file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation and/or enforcement of this Order.

Dated: _____ ____, 2025
      New York, New York

_____
The Honorable _____
United States Bankruptcy Judge