MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov
David C. McGrail
Cynthia L. Botello
ivolkov@mcgrailbensinger.com
dmcgrail@mcgrailbensinger.com
cbotello@mcgrailbensinger.com

Proposed Counsel to Trask Radio LLC and
Advanced Aerospace LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRASK RADIO LLC and | ) | Case No.: 25-12431 (DSJ) |
| ADVANCED AEROSPACE LLC, | ) | |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |
| | ) | |

### NOTICE OF HEARING ON DEBTORS' FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on October 31, 2025 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (the "Debtors") filed bankruptcy petitions commencing these cases (the "Chapter 11 Cases") under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, in addition to their chapter 11 petition, the Debtors filed the following first day motions and related pleadings in the case of *In re Trask Radio LLC*, No. 25-12431-dsj (Bankr. S.D.N.Y. Oct. 31, 2025) (collectively, the "First Day Pleadings"):

1) Declaration of Eric L. Einstein, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petitions and First Day Motions [Docket No. 5];

2) Debtors' Motion seeking joint administration and procedural consolidation of the Chapter 11 Cases [Docket No. 6];

3) Debtors' Motion seeking authority to pay pre-petition compensation employees and contractors and related matters [Docket No. 7];

4) Debtors' Motion seeking authority to pay pre-petition sales taxes [Docket No. 8]; and

5) Debtors' Motion seeking authority to prohibit utilities from altering, refusing, or discontinuing services and related matters [Docket No. 9].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the motions has been scheduled for November 4, 2025 at 11:00 a.m. (ET) (the "Hearing") before the Honorable David S. Jones, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. The Debtors have requested that the Court consider the relief requested in the First Day Pleadings be on a final basis, in certain cases, or on an interim basis pending a final hearing to be scheduled at a later date. The Debtors will file an agenda in advance of the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via Zoom for Government. All attorneys and participants are required to register their appearance by 4:00 PM one business day before the scheduled hearing with eCourt Appearances. Parties wishing to participate at or listen to the Hearing, whether (a) an attorney or non-attorney, or (b) making a "live" or "listen only" appearance before the Court, all need to register an electronic appearance (an "eCourt Appearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl or by clicking the "eCourtAppearances" tab on Judge David S. Jones' page of the Court's website at www.nysb.uscourts.gov/content/judge-david-s-jones. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m. Prevailing Eastern Time on the business day before the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings may be viewed, free of charge, by visiting the Bankruptcy Court's website www.nysb.uscourts.gov for those with a PACER password. Copies of the First Day Pleadings may also be obtained by telephonic or email request to the undersigned proposed counsel for the Debtors, Attention: Cynthia L. Botello at cbotello@mcgrailbensinger.com.

2

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read the First Day Pleadings carefully and discuss them with your attorney, if you have one in connection with the chapter 11 case.  (If you do not have an attorney, you may wish to consult with one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Pleadings, or if you want the Court to consider your views on the First Day Pleadings, then you or your attorney must attend the Hearing.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Pleadings and may enter orders granting the relief requested in the First Day Pleadings.

Dated: October 31, 2025
       New York, New York

MCGRAIL & BENSINGER LLP

s/ Ilana Volkov
Ilana Volkov
David C. McGrail
Cynthia L. Botello
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910

*Proposed Counsel to Trask Radio LLC and
Advanced Aerospace LLC*