MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov
David C. McGrail
Cynthia L. Botello
ivolkov@mcgrailbensinger.com
dmcgrail@mcgrailbensinger.com
cbotello@mcgrailbensinger.com

Proposed Counsel to Trask Radio LLC and
Advanced Aerospace LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| TRASK RADIO LLC and ADVANCED AEROSPACE LLC, | Case No.: 25-12431 (DSJ) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR TUESDAY NOVEMBER 4, 2025**

1) Debtors' Motion seeking joint administration and procedural consolidation of the Chapter 11 Cases [Docket No. 6].

   Related Documents:

   a. Declaration of Eric L. Einstein, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petitions and First Day Motions [Docket No. 5].

   b. Exhibit A – Proposed Order directing joint administration and procedural consolidation; and

   c. Certificate of Service [Docket No. 11].

2) Debtors' Motion seeking authority to pay pre-petition compensation to employees and contractors and related relief [Docket No. 7].

   Related Documents:

    a. Declaration of Eric L. Einstein, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petitions and First Day Motions [Docket No. 5].

    b. Exhibit A – Proposed Order authorizing debtors to pay pre-petition compensation to employees and contractors, and granting related relief; and

    c. Certificate of Service [Docket No. 11].

3) Debtors' Motion seeking authority to pay pre-petition sales taxes [Docket No. 8].

Related Documents:

    a. Declaration of Eric L. Einstein, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petitions and First Day Motions [Docket No. 5].

    b. Exhibit A – Proposed Order authorizing debtors to pay pre-petition sales taxes; and

    c. Certificate of Service [Docket No. 11].

4) Debtors' Motion seeking authority to prohibit utilities from altering, refusing, or discontinuing services and related matters [Docket No. 9].

Related Documents:

    a. Declaration of Eric L. Einstein, Pursuant to Local Bankruptcy Rule 1007-2 in Support of Chapter 11 Petitions and First Day Motions [Docket No. 5].

    b. Exhibit A – Proposed Order (i) prohibiting utilities from altering, refusing, or discontinuing services, (ii) deeming utilities adequately assured of future performance, and (iii) establishing procedures for determining requests for additional adequate assurance; and

    c. Certificate of Service [Docket No. 11].

Dated: November 3, 2025
New York, New York

MCGRAIL & BENSINGER LLP

s/ Ilana Volkov
Ilana Volkov
David C. McGrail
Cynthia L. Botello
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910

*Proposed Counsel to Trask Radio LLC and Advanced Aerospace LLC*