**CHARTWELL LAW**
One Battery Park Plaza, Suite 701
New York, NY 10004-1445
Telephone: (212) 968-2300
Matthew Burrows (NY ID 4861523)
John J. Winter (Pa. ID JW-9777 *Pro Hac Vice* pending)
Telephone: (212) 968-2300
*(Attorneys for Small Business Lending, LLC as Servicer*
*for Newtek Business Services Holdco 6, Inc.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**(Manhattan)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **TRASK RADIO LLC,** | ) | Case No. 25-12431-dsj |
| Debtor. | ) | |
| | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE**
**OF PAPERS, FILED ON BEHALF OF SMALL BUSINESS LENDING, LLC**
**AS SERVICER FOR NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**

To the Clerk:

    **PLEASE TAKE NOTICE** that the undersigned appears for **Small Business Lending, LLC as Servicer for Newtek Business Services Holdco 6, Inc.**, a secured creditor of the above-captioned debtor and party in interest herein, and demands that all notices given or required to be given in this case pursuant to any of the applicable provisions of the United States Bankruptcy Code, including, without limitation, 11 U.S.C. Sections 341, 362, 363, 364, 365, 502, 503, 506, 523, 524, 542, 543, 544, 545, 547, 548, 549, 553, 554, 706, 707, 727, 1102, 1106, 1109, 1125, 1128, 1301, 1307, 1324, 1328, and any applicable provisions of the Federal Rules of Bankruptcy Procedure, including, without limitation, Rules 2002, 9007 and /or 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") be served upon the undersigned at the address set forth below pursuant to Bankruptcy Rule 2002(g).

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and documents referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices of any meetings of creditors, applications, motions, petitions, pleadings, requests, complaints, objections or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise:

(1) which affect or seek to affect in any way the rights or interests of the debtor, or of **Small Business Lending, LLC as Servicer for Newtek Business Services Holdco 6, Inc.**, or any other creditor or party in interest in this case; and/or (2) which require or seek to require any act,

1

delivery or any property, payment or other conduct by the debtor, **Small Business Lending, LLC as Servicer for Newtek Business Services Holdco 6, Inc.**, or any other creditor or party in interest in this case.

      **PLEASE TAKE FURTHER NOTICE** that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, **Small Business Lending, LLC as Servicer for Newtek Business Services Holdco 6, Inc.** is not waiving and hereby expressly preserves the right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in this case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or under other applicable law.

Dated: New York, NY
       November 4, 2025

                                    **CHARTWELL LAW**

                            By: *Matthew Burrows*
                            Matthew Burrows, Esquire (NY ID 4861523)
                            One Battery Park Plaza, Suite 701
                            New York, NY 10004-1445
                            Telephone: (212) 968-2300
                            e-mail: mburrows@chartwelllaw.com
                                  and
                            John J. Winter, Esquire (*Pro Hac Vice* pending)
                            700 American Avenue, Suite 303
                            King of Prussia, PA 19406
                            Telephone: (610) 666-8437
                            Telecopier: (610) 666-7704
                            e-mail: jwinter@chartwelllaw.com
                            *(Attorneys for Small Business Lending, LLC*
                            *as Servicer for Newtek Business Services*
                            *Holdco 6, Inc.)*

**CHARTWELL LAW**
One Battery Park Plaza, Suite 701
New York, NY 10004-1445
Telephone: (212) 968-2300
Matthew Burrows (NY ID 4861523)
John J. Winter (Pa. ID JW-9777 *Pro Hac Vice* pending)
Telephone: (212) 968-2300
*(Attorneys for Small Business Lending, LLC as Servicer
for Newtek Business Services Holdco 6, Inc.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**(Manhattan)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **TRASK RADIO LLC,** | ) | Case No. 25-12431-dsj |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS, FILED ON
BEHALF OF SMALL BUSINESS LENDING, LLC AS SERVICER
FOR NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**

The undersigned hereby certifies that on the 4th day of November, 2025, the foregoing Entry of Appearance and Request for Notices and Service of Papers was filed by Electronic Case Filing, became available for viewing and downloading, and therefore was served upon each of the parties-in-interest set forth below (as well as any other parties-in-interest who have requested such notice):

Ilana Volkov, Esq., McGrail & Bensinger LLP
888-C Eighth Avenue, #107, New York, NY  10019
e-mail: ivolkov@mcgrailbensinger.com
*(Counsel for Debtor)*

1

Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534, New York, NY 10004-1408

Dated: New York, NY
November 4, 2025

           **CHARTWELL LAW**

By: *Matthew Burrows*
Matthew Burrows, Esquire (NY ID 4861523)
One Battery Park Plaza, Suite 701
New York, NY 10004-1445
Telephone: (212) 968-2300
e-mail: mburrows@chartwelllaw.com
    and
John J. Winter, Esquire (*Pro Hac Vice* pending)
700 American Avenue, Suite 303
King of Prussia, PA 19406
Telephone: (610) 666-8437
Telecopier: (610) 666-7704
e-mail: jwinter@chartwelllaw.com
*(Attorneys for Small Business Lending, LLC*
*as Servicer for Newtek Business Services*
*Holdco 6, Inc.)*