Hearing Date and Time: March 4, 2026 at 10:00 a.m. (EST)
Objection Deadline: February 20, 2026 at 5:00 p.m. (EST)

MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov
David C. McGrail
Cynthia L. Botello
ivolkov@mcgrailbensinger.com
dmcgrail@mcgrailbensinger.com
cbotello@mcgrailbensinger.com

*Counsel to Trask Radio LLC and*
*Advanced Aerospace LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRASK RADIO LLC, et al.,[1] | ) | Case No.: 25-12431 (DSJ) |
| | ) | |
| Debtors in Possession.) | | (Jointly Administered) |
| | ) | |

### NOTICE OF HEARING ON DEBTORS' COMBINED
### FIRST AMENDED DISCLOSURE STATEMENT AND
### JOINT CHAPTER 11 LIQUIDATING PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that pursuant to an Order of this Court entered on

January 14, 2026 [ECF Doc. No. 43], a hearing on the above-captioned *Debtors' Combined First*

*Amended Disclosure Statement and Joint Chapter 11 Liquidating Plan of Reorganization* (the

"Disclosure Statement" and "Plan," respectively,) [ECF Doc. No. 44] will be held on March 4,

2026 at 10:00 a.m. (prevailing Eastern Time) (the "Combined Hearing") before the Honorable

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trask Radio LLC (1584) and Advanced Aerospace LLC (6704).  The lead Debtor's principal place of business is 674 9th Avenue, New York, NY 10036.

David S. Jones, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that the Combined Hearing will be conducted through Zoom for Government.  Parties wishing to appear telephonically or participate remotely at the Combined Hearing (whether "live" or "listen only") must make an electronic appearance through the "eCourtAppearances" tab on the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl prior to 4:00 p.m. (prevailing Eastern Time) on the business day before the Combined Hearing (the "Appearance Deadline"). Instructions for making a telephonic appearance and additional information on the Bankruptcy Court's telephonic procedures can be found at: https://www.nysb.uscourts.gov/ecourt-appearances.  Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Combined Hearing to those parties who have made an electronic appearance.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any (each, an "Objection") to the adequacy of the Disclosure Statement or confirmation of the Plan shall be made in writing and (a) filed with the Court no later than February 20, 2026 at 5:00 p.m. (the "Objection Deadline") and be served on (i) counsel for the Debtors, McGrail & Bensinger LLP (Attn.: Ilana Volkov), 888-C 8th Avenue #107, New York, New York 10019, ivolkov@mcgrailbensinger.com; (ii) the Office of the United States Trustee; and (iii) all parties who have timely filed requests for notice under Rule 2002 of the Bankruptcy Rules.  The ECF docket number in which the filing relates shall be included in the upper righthand corner of the caption of all objections.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served by the Objection Deadline, the Bankruptcy Court may enter an order granting the relief requested at the Combined Hearing without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Combined Hearing and failure to appear may result in relief being granted upon default.

Dated: January 15, 2026
      New York, New York

MCGRAIL & BENSINGER LLP

/s/ *Ilana Volkov*
Ilana Volkov
David C. McGrail
Cynthia L. Botello
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910

*Counsel to Trask Radio LLC and*
*Advanced Aerospace LLC*