**Hearing Date and Time: May 12, 2026 at 10:00 a.m. (EST)**
**Objection Deadline: May 5, 2026 at 4:00 p.m. (EST)**

MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov
David C. McGrail
Cynthia L. Botello
ivolkov@mcgrailbensinger.com
dmcgrail@mcgrailbensinger.com
cbotello@mcgrailbensinger.com

*Counsel to Trask Radio LLC and*
*Advanced Aerospace LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRASK RADIO LLC, <u>et al.</u>,[1] | ) | Case No.: 25-12431 (DSJ) |
| | ) | |
| Debtors in Possession.) | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES OF THEIR CHAPTER 11 PLAN, TO THE EXTENT APPLICABLE

**PLEASE TAKE NOTICE** that the hearing on the motion of Trask Radio LLC and

Advanced Aerospace LLC d/b/a Balcon Salon, debtors in possession in the above-captioned

chapter 11 cases (collectively, the "Debtors"), filed the Combined Disclosure Statement and Joint

Chapter 11 Liquidating Plan of Reorganization [Docket No. 32], and the Debtors' motion for an

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trask Radio LLC (1584) and Advanced Aerospace LLC (6704).  The lead Debtor's principal place of business is 674 9th Avenue, New York, NY 10036.

order extending the Debtors' exclusive period to solicit acceptances of their Chapter 11 plan, to the extent applicable (the "Motion").

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") on the Motion will be held on May 12, 2026 at 10:00 a.m. (prevailing Eastern Time) before the Honorable David S. Jones, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted through Zoom for Government.  Parties wishing to appear telephonically or participate remotely at the Hearing (whether "live" or "listen only") must make an electronic appearance through the "eCourtAppearances" tab on the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl prior to 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing (the "Appearance Deadline").  Instructions for making a telephonic appearance and additional information on the Bankruptcy Court's telephonic procedures can be found at: https://www.nysb.uscourts.gov/ecourt-appearances.   Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, (each, an "Objection") to the Motion or the relief requested therein shall be made in writing, filed with the Court no later than May 5, 2026 at 4:00 p.m. (the "Objection Deadline") and be served on (a) counsel for the Debtors, McGrail & Bensinger LLP (Attn.: Ilana Volkov), 888-C 8th Avenue #107, New York, New York 10019, ivolkov@mcgrailbensinger.com; (b) the Office of the United States Trustee; and (c) all parties who have filed Notices of Appearance.

**PLEASE TAKE FURTHER NOTICE** that if no objections are filed and served by the Objection Deadline, the Bankruptcy Court may enter an order granting the Motion without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

Dated: April 24, 2026
New York, New York

MCGRAIL & BENSINGER LLP

/s/ *Ilana Volkov*

Ilana Volkov
David C. McGrail
Cynthia L. Botello
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910

*Counsel to Trask Radio LLC and*
*Advanced Aerospace LLC*