MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, New York 10019
(201) 931-6910
Ilana Volkov
David C. McGrail
Cynthia L. Botello
ivolkov@mcgrailbensinger.com
dmcgrail@mcgrailbensinger.com
cbotello@mcgrailbensinger.com

*Counsel to Trask Radio LLC and
Advanced Aerospace LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRASK RADIO LLC, <u>et al.</u>,[1] | ) | Case No.: 25-12431 (DSJ) |
| | ) | |
| Debtors in Possession.) | | (Jointly Administered) |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' COMBINED FIRST
AMENDED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 LIQUIDATION
PLAN OF REORGANIZATION AND DEBTORS' MOTION FOR ENTRY OF AN
ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO SOLICIT
<u>ACCEPTANCES OF THEIR CHAPTER 11 PLAN, TO THE EXTENT APPLICABLE</u>**

**PLEASE TAKE NOTICE** that, due to the agreement between the Debtors and Small

Business Lending, LLC as Servicer for Newtek Business Services Holdco 6, Inc. to proceed to

mediation, the hearing on Debtors' combined First Amended Disclosure Statement and Joint

Chapter 11 Liquidation Plan of Reorganization and the Debtors' Motion For the Entry of an Order

Extending The Debtors' Exclusive Period to Solicit Acceptances of Their Chapter 11 Plan, to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trask Radio LLC (1584) and Advanced Aerospace LLC (6704).  The lead Debtor's principal place of business is 674 9th Avenue, New York, NY 10036.

Extent Applicable, previously scheduled for July 22, 2026 at 10:00 a.m. (prevailing Eastern Time),

has been adjourned without date.

Dated: July 7, 2026
      New York, New York

                                MCGRAIL & BENSINGER LLP

                                /s/ *Ilana Volkov*
                                Ilana Volkov
                                David C. McGrail
                                Cynthia L. Botello
                                888-C 8th Avenue #107
                                New York, New York 10019
                                (201) 931-6910

                                *Counsel to Trask Radio LLC and*
                                *Advanced Aerospace LLC*

2